CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Hector Alonso Tobon-Yepes**<br>YOB: 1972; Citizen of Colombia | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-01667MJ |

Complaint for violation of Title 8, United States Code Section 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 17, 2025, at or near Lukeville, in the District of Arizona, **Hector Alonso Tobon-Yepes**, an alien, enter the United States of America from Mexico at a time or place other than as assigned by immigration officials of the United States of America in violation of Title 8, United States Code Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Hector Alonso Tobon-Yepes** is a citizen of Colombia. On March 17, 2025, agents found **Hector Alonso Tobon-Yepes** in the United States at or near Lukeville, Arizona, without the proper immigration documents. **Hector Alonso Tobon-Yepes** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to apply for admission to the United States. Furthermore, **Hector Alonso Tobon-Yepes** admitted to illegally entering the United States of America from Mexico on or about March 17, 2025, at or near Lukeville, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Eric R. Wood |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE¹⁾ | DATE<br>March 19, 2025 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Hopkins